**U.S. Department of Justice**

*Eastern District of Louisiana*
*U. S. Attorney's Office*

---

*Patrice Harris Sullivan*
*Assistant United States Attorney*
*Health Care Fraud Coordinator*

*Hale Boggs Federal Building*
*500 Poydras Street, B210*
*New Orleans, LA  70130*
May 21, 2009

*Telephone # :(504) 680-3115*
*Fax # : (504) 589-2027*

Honorable Ivan L. R. Lemelle
United States District Judge
Eastern District of Louisiana
500 Poydras Street, U.S. Courthouse
New Orleans, Louisiana  70130

      Re:    United States v. Positive Home Oxygen, L.L.C.
               Criminal Docket No. 09-128 "B" (1)

Dear Judge Lemelle:

      In compliance with the holding of Bryan v. United States, 492 F.2d 775 (5th Cir. 1974) and with Rule 11 of the Federal Rules of Criminal Procedure, the Government wishes to acknowledge the following agreement between the Government and Positive Home Oxygen, L.L.C., defendant in the above-captioned proceeding. Defendant's undersigned counsel, Jeffrey S. Baird, has reviewed the terms of this agreement and has been advised by the defendant's corporate representative, Jeffrey McElveen, that the defendant fully understands the terms of this agreement.   The defendant by resolution hereto has authorized Mr. Baird to enter into this plea agreement.

      The Government intends to file in the Eastern District of Louisiana an indictment against the defendant, Positive Home Oxygen, L.L.C., charging it with a violation of Title 18, United States Code, Section 1347, health care fraud.  The Government will allow the defendant to plead guilty as charged and agrees that it will not bring any other criminal charges in the Eastern District of Louisiana arising from the sale of power wheelchairs which were billed to Medicare by Positive Home Oxygen, L.L.C., a durable medical equipment company located in Franklinton, Louisiana.

      The defendant, through its representative, further understands that the maximum penalty defendant may receive should its plea of guilty be accepted is a fine of  $500,000 or the greater of twice the gross gain to the defendant or twice the gross loss to any person under Title 18, United States Code, Section 3571.

      It is also understood that the restitution provisions of Sections 3663 and 3663A of Title 18, United States Code will apply and the defendant agrees that any restitution imposed will be non-dischargeable in any bankruptcy proceeding and that defendant will not seek or cause to be sought a discharge or a finding of dischargeability as to the restitution obligation.

Honorable Ivan L. R. Lemelle
May 21, 2009
Page 2

Further, the defendant understands that a mandatory special assessment fee of $400.00 shall be imposed under the provisions of Section 3013 of Title 18, United States Code. This special assessment must be paid on the date of sentencing. Failure to pay this special assessment may result in the plea agreement being void.

The defendant agrees that its conduct in the case caused false billings to the Medicare Program which resulted in a gross profit to Positive Home Oxygen, Inc. in the amount of $809,169. The defendant further agrees to pay restitution in the amount of $809,169. The defendant also agrees that it will dissolve Positive Home Oxygen, Inc. and further agrees not to engage in any business which involves claims to Medicare for durable medical equipment.

Except as otherwise provided in this paragraph, the defendant hereby expressly waives its rights to appeal from its conviction and/or its sentence, including but not limited to any appeal rights conferred by Title 28, United States Code, Sections 1291, and by Title 18, United States Code, Section 3742. The defendant further waives its right to contest its conviction and/or its sentence in any collateral proceeding, including proceedings brought under Title 28, United States Code, Section 2241 and Title 28, United States Code, Section 2255, on any ground, except that the defendant may bring a post conviction claim if the defendant establishes that ineffective assistance of counsel directly affected the validity of this waiver of appeal and collateral challenge rights or the validity of the guilty plea itself. Subject to the foregoing, the defendant reserves the right to bring a direct appeal of any sentence imposed in excess of the statutory maximum.

Positive Home Oxygen, L.L.C. further waives any right to seek attorney's fees and/or other litigation expenses under the "Hyde Amendment," Title 18, United States Code, Sections 3006A and Positive Home Oxygen, L.L.C. acknowledges that the Government's position in the instant prosecution was not vexatious, frivolous or in bad faith.

The defendant understands that any discussions with defendant's attorney or anyone else regarding sentencing guidelines are merely rough estimates and the Court is not bound by those discussions. The defendant understands that the sentencing guidelines are advisory and are not mandatory for sentencing purposes. The defendant understands the Court could impose the maximum fine allowed by law.

2

Honorable Ivan L. R. Lemelle
May 21, 2009
Page 3

The defendant agrees to forfeit and give to the United States prior to the date of sentencing any right, title and interest which the defendant may have in assets constituting or derived from proceeds the defendants obtained directly or indirectly as a result of the violation(s) to which he is pleading guilty and/or which are assets used or intended to be used in any manner or part to commit and to facilitate the commission of the violation(s) to which defendant is pleading guilty. The defendant further agrees not to contest the administrative, civil or criminal forfeiture of any such asset(s). These assets include, but are not limited to, any assets charged in the Indictment or any Bill of Particulars filed by the United States. The defendant agrees that any asset charged in the Indictment or Bill of Particulars is forfeitable as proceeds of the illegal activity for which he is pleading guilty.

The defendant understands that the statements set forth above represent defendant's entire agreement with the Government; there are not any other agreements, letters, or notations that will affect this agreement.

Very truly yours,

JIM LETTEN
UNITED STATES ATTORNEY

PATRICE HARRIS SULLIVAN
Assistant United States Attorney

JEFFERY S. BAIRD
Attorney for the Defendant
Texas Bar Roll No.
Date: 5/21/09

JEFFREY MCLEVEEN, representative for
POSITIVE HOME OXYGEN
Defendant
Date: 5-21-09

3